Nabeel Zuberi, ESQ., SBN 294600
BUCKLEY MADOLE, P.C.
301 E. Ocean Blvd, Suite# 1720
Long Beach, California 90802
Telephone: (562)983-5360
Facsimile: (562)983-5360

Attorney for Plaintiff,
Deutsche Bank Trust Company

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 1/17/2017 4:37:06 PM
By: Lisa Dalla, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF MONTEREY
## MONTEREY CIVIL DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC PASS THROUGH CERTIFICATES 2007-QH8<br><br>Plaintiff,<br><br>vs.<br><br>Concetta McBride, Gregory McBride; DOES 1 through 20, inclusive,<br><br>Defendants, | CASE NO.:   17CV000216<br><br>COMPLAINT FOR UNLAWFUL DETAINER FOLLOWING FORECLOSURE SALE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1161a<br><br>Limited Civil Case<br><br>Amount Not to Exceed $10,000.00 |

Plaintiff is informed and has reason to believe that the following allegations are true and correct:

1.  Plaintiff, DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC PASS THROUGH CERTIFICATES 2007-QH8, is entitled to possession and is the owner of record of a parcel of real property located at 12326 MARAVILLA DR, SALINAS, CA 93908. The property is located within the above-referenced Judicial District and County.

2.  Plaintiff, DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC PASS THROUGH CERTIFICATES 2007-QH8 is an entity lawfully conducting business in California.

3.  Defendant(s), CONCETTA MCBRIDE, GREGORY MCBRIDE and ALL UNKNOWN OCCUPANTS at all times herein mentioned resided in the State of California, County of MONTEREY.

COMPLAINT FOR UNLAWFUL DETAINER

1

4. Defendant(s), and each of them are currently in possession of and occupying the above-described premises

5. Defendant(s) is the former trustor or a holdover occupant of the former trustor.

6. The true names and capcities, whether individual, corporate, associate or otherwise, of the defendant(s) named herein as Does 1-20, inclusive, and each of them are unknown to Plaintiff, who therefore sues said Defendant(s) by their fictitious names under Code of Civil Procedure section 474. Plaintiff asks leave of the Court to amend its Complaint to include the true names and capacities of said defendant(s) when the same have been ascertained.

7. Plaintiff is the owner of and entitled to immediate possession of the real property in MONTEREY County, California, which is located at 12326 MARAVILLA DR, SALINAS, CA 93908(the "Property") which property is located within the jurisdictional boundaries of this court.

8. Plaintiff owns said land by virtue of a foreclosure sale duly held pursuant to the power under the Deed of Trust executed by Defendant(s) or their predecessors.

9. Defendants or their predecessors defaulted under the terms of the Deed of Trust which secured the Property the subject of this litigation. Thereafter a Notice of Default and Breach of Conditions of the Deed of Trust and Election to Sell the Property, to satisfy the obligation thereby secured, was recorded in the Official Records in the Office of the County Recorder of MONTEREY, California.

10. After failure of defendants or their predecessors to cure said default a Trustee's Sale of the Property was duly noticed as required under California Civil Code section 2924 et seq., to satisfy the obligation secured by the Deed of Trust.

11. At the time and place noticed for Trustee's Sale, the property was sold to Plaintiff. The Trustee's Deed Upon Sale was thereafter recorded in the MONTEREY County Recorder's Office thereby duly perfecting Plaintiffs title to the Property. A true and correct certified copy of the Trustee's Deed is attached hereto marked Exhibit "A" and made a part hereof.

12. On 01/07/2017, Defendant(s) was/were served with a written notice requiring Defendant(s) and "All Persons in Possession" of the Property to quit and deliver up possession of to property. A true and correct copy of said Notice for Possession is attached hereto as Exhibit "B" and is incorporated by this reference. A true and correct

copy of the Proof of Service of Notice for possession is attached hereto as Exhibit "C".

13. Defendant(s) have failed and refused to deliver up possession of the Property after expiration of the Notice as required by California Code of Civil Procedure section 1161a

14. The notice to quit expired on 01/13/2017, and as of the date of this Complaint, defendant(s) continues in possession of the Property without Plaintiff's permission or consent.

15. The reasonable value of the use and occupancy of the Property is equal to an amount according to proof at trial and damage to the Plaintiff caused by defendant's unlawful detention thereof has accrued at said rate since 01/13/2017 and will continue to accrue until the date of entry of Judgment.

WHEREFORE, Plaintiff prays judgment against Defendant(s) and each of them for:

1. Restitution and immediate possession of the Property;

2. An order restoring the Property to Plaintiff;

3. Damages in an amount to be determined, according to proof at trial at a daily rate from 01/13/2017 until the date that Judgment,

4. For cost of suit herein;

5. For such other and further relief as the court deems just and equitable.

Dated: January 13, 2017                    BUCKLEY MADOLE, P.C.


By: _____
Nabeel Zuberi, Esq.
Attorneys for Plaintiff  DEUTSCHE BANK
TRUST COMPANY AMERICAS AS TRUSTEE
FOR RESIDENTIAL ACCREDIT LOANS, INC
PASS THROUGH CERTIFICATES 2007-QH8

COMPLAINT FOR UNLAWFUL DETAINER

**EXHIBIT "A"**

ıx statements to the address given above

CA-11-483339-CL
ı.: 110554046-CA-GTI

Space above this line for t

# Trustee's Deed Upon Sale

73-111-026-000

ıursuant to Cal Rev and Tax Code §11926

IDERSIGNED GRANTOR DECLARES:
ıtee Herein IS the Foreclosing Beneficiary
ınt of the unpaid debt together with costs was:                                    $1,4
ınt paid by the grantee at the trustee sale was:                                   $1,1
mentary transfer tax is:
ıerty is in the City of:  SALINAS, County of MONTEREY

Y LOAN SERVICE CORPORATION , as Trustee, (whereas so designated in the Dee
more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY

Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc Pass
es 2007-QH8

led Grantee) but without covenant or warranty, expressed or implied, all right title and interes
w held by it as Trustee under the Deed of Trust in and to the property situated in the
ıEY, State of California, described as follows:

OPERTY IN THE CITY OF SALINAS, COUNTY OF MONTEREY, STATE OF CAL:
ıED AS FOLLOWS:  LOT 26, AS SHOWN ON THE MAP ENTITLED, "TRACT
ES ESTATES", FILED FOR RECORD ON JANUARY 15, 1981 IN VOLUME 14 O
VNS, AT PAGE 49, MONTEREY COUNTY RECORDS. APN: 173-111-026

and performed all duties required by the Deed of Trust including sending a Notice of Default a
hin ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Si
ail, postage pre-paid to each person entitled to notice in compliance with California Civil Code

:curred as set forth in a Notice of Breach and Election to Sell which was recorded in the o
)f said County.

ements of law regarding the mailing of copies of notices or the publication of a copy of the
l Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to !
d publication of copies of the Notice of Sale have been complied with.

rty was sold by said Trustee at public auction on 10/14/2016 at the place named in the Notice
/ of MONTEREY, California, in which the property is situated. The foreclosing beneficiary
such sale, became the purchaser of said property and paid therefore to said trustee the am
3.85 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations tl
ed of Trust and instructed said trustee to vest this Trustee's Deed Upon Sale to said Grantee.

THIS INSTRUMENT IS RECORDED AT THE
REQUEST OF SERVICELINK AS AN
ACCOMMODATION ONLY. IT HAS NOT BEEN
EXAMINED AS TO ITS EXECUTION OR AS
TO ITS EFFECTS UPON TITLE.

QUALITY LOAN SERVICE CORPORATION

By:  Nicole Fuentes, Assistant Vice President

public or other officer completing this certificate verifies only the identity of the individual w
nent to which this certificate is attached, and not the truthfulness, accuracy, or validity of that d

<u>California)</u>

f: <u>San Diego)</u>

OCT 2 6 2016
_____ before me, _____ Brenda A. Gonzalez _____ a notary public,
_____, who proved to me on the basis of satisfactory evidence
whose name(s) is/are subscribed to the within instrument and acknowledged to me that h
the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the i
n(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

under *PENALTY OF PERJURY* under the laws of the State of California that the foregoing pa
:orrect.

S my hand and official seal.          (Seal)

Brenda A. Gonzalez

BRENDA A. GONZALEZ
Notary Public - California
San Diego County
Commission # 2116627
My Comm. Expires Jun 21, 2019

EXHIBIT "B"

## NOTICE TO ANY RENTERS LIVING AT:
## 12326 MARAVILLA DR, SALINAS, CA 93908

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer <u>NOW</u> to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. Your may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

<u>How to Get Legal Help</u>

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

## NOTICE TO VACATE PREMISES LOCATED AT:

### 12326 MARAVILLA DR, SALINAS, CA 93908

**TO:**

CONCETTA MCBRIDE, GREGORY MCBRIDE AND ALL PERSONS IN POSSESSION OF AND WHO OCCUPY THE REAL PROPERTY AT THE ABOVE ADDRESS:

THIS IS THE FIRST STEP IN A LAWSUIT AGAINST YOU. THE FAILURE TO VACATE THE PREMISES AS SPECIFIED BELOW WILL RESULT IN A LAWSUIT BEING FILED AGAINST YOU. A COURT JUDGMENT AGAINST YOU WILL BE RECORDED WITH NATIONAL CREDIT REPORTING AGENCIES.

YOU ARE HEREBY NOTIFIED that your right to occupy the real property at the above address has been terminated as the result of the sale of the real property by the trustee under a power of sale contained in a Deed of Trust which appeared of record against the subject property.

### NOTICE

NOTICE IS HEREBY GIVEN THAT YOU ARE REQUIRED TO VACATE THE PREMISES AND DELIVER UP POSSESSION OF THE PREMISES TO THE UNDERSIGNED:

(i)     Within **THREE (3) DAYS** after service of this Notice, in the event you are in possession of the premise and you are not a tenant or subtenant as described below;

(ii)    Within **NINETY (90) DAYS** after service of this Notice, in the event you are a tenant or subtenant in possession of the rental housing unit sold in foreclosure.

In the event you fail to quit and deliver up to the undersigned, as agent for the owner, possession of the real property you occupy at the above address, within the relevant Notice Period specified above, you will be deemed to be unlawfully detaining the premises, which will result in the commencement of court proceedings against you, by the owner, to recover possession of the premises as well as court costs and the reasonable rental value of the premises for each day of your continued occupancy following expiration of the Notice Period set forth below.

If you claim to be the recipient of tenant based assistance governed by Section 8 of the United States Housing Act of 1937 (42 USC § 1437), commonly referred to as the Section 8 Housing Program, then you may be entitled to additional time in the property. Please contact our office and be prepared to provide us with all necessary information regarding your participation in the Section 8 Housing Program. If this information is verified, you will be required to vacate the premises within 90 days of the service of this notice. Additionally, this document constitutes notice that this tenancy has been terminated for good cause pursuant to 24 CFR § 982.310(d)(1) and (e)(1). This good cause termination is based on the owner's business and economic interest in the property and intent to sell.

This Notice is authorized pursuant to the provisions of Sections 1161a, 1161b and 1161c of the California Code of Civil Procedure and 12 U.S.C. § 5220.

DATED: January 3, 2017                    Deutsche Bank Trust Company Americas as Trustee
                                           for Residential Accredit Loans, Inc Pass Through
                                           Certificates 2007-QH8


                                           _____
                                           Nabeel Zuberi

                                           Attorney(s) for Deutsche Bank Trust Company
                                           Americas as Trustee for Residential Accredit Loans,
                                           Inc Pass Through Certificates 2007-QH8 owner

                                           BUCKLEY MADOLE, P.C

                                           301 E. Ocean Blvd. Suite 1720

                                           Long Beach, CA 90802


To discuss this Notice, please contact the above at (562) 983-5375 between the hours of
9:00 a.m. to 4:00 p.m., Monday through Friday.



                                    SUBJECT PROPERTY:

                        12326 MARAVILLA DR, SALINAS, CA 93908


DISCLAIMER: Under the Servicemembers Relief Act, 50 App. U.S.C.A. §18 *et seq.*,
active duty military servicemembers may have additional rights and protections.
Please notify our office immediately if you or any other occupants in the property
are active duty military. You may also wish to contact a member of your Judge
Advocate Corps.

**EXHIBIT "C"**

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice (s) below indicated:

## NOTICE TO VACATE PREMISES

The above described Notice(s) were served on the following named parties in the manner set forth below:

Person Served: CONCETTA MCBRIDE

Re: 12326 MARAVILLA DR., SALINAS, CA 93808  (the "Premises")

_____ 1. PERSONAL SERVICE

By delivering a copy of the Notice (s) on _____ (date), at _____ (time) to each of the above personally.

__X__ 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice(s) as authorized by C.C.P Section 1162 (2,3) on each of the above named parties in the manner set forth below:

(A)   By leaving a copy for each of the above named parties on 01/07/2017 at 09:12 AM, with "JOHN DOE" (Male: In his 20's, 145 Lbs., Brown Hair, Brown Eyes, 5'7"), OCCUPANT, a person of suitable age and discretion at the occupant's residence/business of the person to be served at 12326 MARAVILLA DR., SALINAS, CA 93808. I informed him or her of the general nature of the paper(s); and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on 01/07/2017.

(B)   By posting a copy for each of the above named parties on _____ at _____ in a conspicuous place on the property at: _____ and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on _____.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2017

KATHLEEN HALE
(Reg. No.: 173, Monterey County)
EXPRESS NETWORK
P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

Signature: _Kathleen Hale_

BUOMA-0098094 GE

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice (s) below indicated:

## NOTICE TO VACATE PREMISES

The above described Notice(s) were served on the following named parties in the manner set forth below:

Person Served: ALL OTHER OCCUPANTS IN POSSESSION OF THE PREMISES

Re: 12326 MARAVILLA DR., SALINAS, CA 93908  (the "Premises")

_____ 1. PERSONAL SERVICE

By delivering a copy of the Notice (s) on _____ (date), at _____ (time) to each of the above personally.

\_X\_ 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice(s) as authorized by C.C.P Section 1162 (2,3) on each of the above named parties in the manner set forth below:

(A)   By leaving a copy for each of the above named parties on 01/07/2017 at 09:12 AM, with "JOHN DOE" (Male, in his 20's, 145 Lbs., Brown Hair, Brown Eyes, 5'7"), OCCUPANT, a person of suitable age and discretion at the occupant's residence/business of the person to be served at 12326 MARAVILLA DR., SALINAS, CA 93908. I informed him or her of the general nature of the paper(s); and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on 01/07/2017.

(B)   By posting a copy for each of the above named parties on _____ at _____ in a conspicuous place on the property at: _____ and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on _____.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2017

KATHLEEN HALE
(Reg. No.: 173, Monterey County)
EXPRESS NETWORK
P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

Signature: Kathleen Hale

BUCMA-6098096 GE

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice (s) below indicated:

## NOTICE TO VACATE PREMISES

The above described Notice(s) were served on the following named parties in the manner set forth below:

Person Served: GREGORY MCBRIDE

Re: 12326 MARAVILLA DR., SALINAS, CA 93908  (the "Premises")

_____ 1. PERSONAL SERVICE

By delivering a copy of the Notice (s) on _____ (date), at _____ (time) to each of the above personally.

__X__ 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice(s) as authorized by C.C.P Section 1162 (2,3) on each of the above named parties in the manner set forth below:

(A)  By leaving a copy for each of the above named parties on 01/07/2017 at 09:12 AM, with "JOHN DOE" (Male, in his 20's, 145 Lbs., Brown Hair, Brown Eyes, 5'7"), OCCUPANT, a person of suitable age and discretion at the occupant's residence/business of the person to be served at 12326 MARAVILLA DR., SALINAS, CA 93908. I informed him or her of the general nature of the paper(s); and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on 01/07/2017.

(B)  By posting a copy for each of the above named parties on _____ at _____ in a conspicuous place on the property at: _____ and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on _____.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2017

KATHLEEN HALE
(Reg. No.: 173, Monterey County)
EXPRESS NETWORK
P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

Signature: _Kathleen Hale_

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Nabeel Zuberi                                      SBN: 294600<br>Buckley Madole, P.C<br>301 E. Ocean Blvd., Suite 1720, Long Beach, CA 90803<br>TELEPHONE NO.: 562-983-5375          FAX NO.: 562-983-5375<br>ATTORNEY FOR *(Name):* Deutsche Bank Trust Company Americas | **ELECTRONICALLY FILED BY**<br>Superior Court of California,<br>County of Monterey<br>On 1/17/2017 4:37:06 PM<br>By Lisa Dalia, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Monterey**
STREET ADDRESS: 1200 Aguajito Rd.
MAILING ADDRESS:
CITY AND ZIP CODE: Monterey, 93940
BRANCH NAME: Monterey Civil Division

CASE NAME:
Deutsche Bank Trust Company Americas vs. Concetta McBride, Gregory McBride

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [ ] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [X] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | **17CV000216**<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property**<br>**Damage/Wrongful Death) Tort**<br>[ ] Asbestos (04)<br>[ ] Products liability (24)<br>[ ] Medical malpractice (45)<br>[ ] Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>[ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35)<br>**Employment**<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09)<br>[ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37)<br>**Real Property**<br>[ ] Eminent domain/inverse<br>condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26)<br>**Unlawful Detainer**<br>[ ] Commercial (31)<br>[X] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41)<br>**Enforcement of Judgment**<br>[ ] Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
 a. [ ] Large number of separately represented parties
 b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
 c. [ ] Substantial amount of documentary evidence
 d. [ ] Large number of witnesses
 e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
 f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[X] monetary  b.[X] nonmonetary; declaratory or injunctive relief  c.[ ] punitive
4. Number of causes of action *(specify):* Two: Possession of Premises and damages
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: January 13, 2017
Nabeel Zuberi
_____
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) (if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
   Asbestos (04)
      Asbestos Property Damage
      Asbestos Personal Injury/
         Wrongful Death
   Product Liability (not asbestos or
      toxic/environmental) (24)
   Medical Malpractice (45)
      Medical Malpractice–
         Physicians & Surgeons
      Other Professional Health Care
         Malpractice
   Other PI/PD/WD (23)
      Premises Liability (e.g., slip
         and fall)
      Intentional Bodily Injury/PD/WD
         (e.g., assault, vandalism)
      Intentional Infliction of
         Emotional Distress
      Negligent Infliction of
         Emotional Distress
      Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
   Business Tort/Unfair Business
      Practice (07)
   Civil Rights (e.g., discrimination,
      false arrest) (not civil
      harassment) (08)
   Defamation (e.g., slander, libel)
      (13)
   Fraud (16)
   Intellectual Property (19)
   Professional Negligence (25)
      Legal Malpractice
      Other Professional Malpractice
         (not medical or legal)
   Other Non-PI/PD/WD Tort (35)
**Employment**
   Wrongful Termination (36)
   Other Employment (15)

**Contract**
   Breach of Contract/Warranty (06)
      Breach of Rental/Lease
         Contract (not unlawful detainer
            or wrongful eviction)
      Contract/Warranty Breach–Seller
         Plaintiff (not fraud or negligence)
      Negligent Breach of Contract/
         Warranty
      Other Breach of Contract/Warranty
   Collections (e.g., money owed, open
      book accounts) (09)
      Collection Case–Seller Plaintiff
      Other Promissory Note/Collections
         Case
   Insurance Coverage (not provisionally
      complex) (18)
      Auto Subrogation
      Other Coverage
   Other Contract (37)
      Contractual Fraud
      Other Contract Dispute
**Real Property**
   Eminent Domain/Inverse
      Condemnation (14)
   Wrongful Eviction (33)
   Other Real Property (e.g., quiet title) (26)
      Writ of Possession of Real Property
      Mortgage Foreclosure
      Quiet Title
      Other Real Property (not eminent
         domain, landlord/tenant, or
         foreclosure)
**Unlawful Detainer**
   Commercial (31)
   Residential (32)
   Drugs (38) (if the case involves illegal
      drugs, check this item; otherwise,
      report as Commercial or Residential)
**Judicial Review**
   Asset Forfeiture (05)
   Petition Re: Arbitration Award (11)
   Writ of Mandate (02)
      Writ–Administrative Mandamus
      Writ–Mandamus on Limited Court
         Case Matter
      Writ–Other Limited Court Case
         Review
   Other Judicial Review (39)
      Review of Health Officer Order
      Notice of Appeal–Labor
         Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
   Antitrust/Trade Regulation (03)
   Construction Defect (10)
   Claims Involving Mass Tort (40)
   Securities Litigation (28)
   Environmental/Toxic Tort (30)
   Insurance Coverage Claims
      (arising from provisionally complex
      case type listed above) (41)
**Enforcement of Judgment**
   Enforcement of Judgment (20)
      Abstract of Judgment (Out of
         County)
      Confession of Judgment (non-
         domestic relations)
      Sister State Judgment
      Administrative Agency Award
         (not unpaid taxes)
      Petition/Certification of Entry of
         Judgment on Unpaid Taxes
      Other Enforcement of Judgment
         Case
**Miscellaneous Civil Complaint**
   RICO (27)
   Other Complaint (not specified
      above) (42)
      Declaratory Relief Only
      Injunctive Relief Only (non-
         harassment)
      Mechanics Lien
      Other Commercial Complaint
         Case (non-tort/non-complex)
      Other Civil Complaint
         (non-tort/non-complex)
**Miscellaneous Civil Petition**
   Partnership and Corporate
      Governance (21)
   Other Petition (not specified
      above) (43)
      Civil Harassment
      Workplace Violence
      Elder/Dependent Adult
         Abuse
      Election Contest
      Petition for Name Change
      Petition for Relief From Late
         Claim
      Other Civil Petition

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| | |
|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | FOR COURT USE ONLY |
| TELEPHONE NO.: | |

ATTORNEY FOR (Name):

**NAME OF COURT:** Superior Court of California, County of Monterey
STREET ADDRESS: 1200 Aguajito Rd.
MAILING ADDRESS:
CITY AND ZIP CODE: Monterey, 93940
BRANCH NAME: Monterey Civil Division

PLAINTIFF: Deutsche Bank Trust Company Americas

DEFENDANT: Concetta McBride, Gregory McBride

| | |
|---|---|
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

| | |
|---|---|
| I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY: | (To be completed by the process server) |
| 1. My name is (specify): | DATE OF SERVICE: |
| 2. I reside at (street address, unit No., city and ZIP code): | (Date that this form is served or delivered, and posted, and mailed by the officer or process server) |
| 3. The address of "the premises" subject to this claim is (address): | |
| 4. On (insert date): [ 1 · 1 · 1 · 1 ] , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint. | |

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

PREJUDGMENT CLAIM OF RIGHT
TO POSSESSION

CP10.5 [Rev. January 1, 1991]

Code of Civil Procedure §§ 415.46, 715.010, 715.020, 1174.25
Wadsworth Group/Bancroft-Whitney