**FILED**

IN THE FEDERAL COURT OF THE UNITED STATES

IN REM AND IN EQUITY JURISDICTION

IN AND FOR THE REPUBLIC OF CALIFORNIA

SEP 0 5 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| Eeon, a natural individual standing sui juris in his Natural Capacity, et al; Concetta McBride a natural woman standing sui juris in Her Natural Capacity, et al: and all other occupants, individuals as well as non-individuals, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Deutsche Bank, et al. in their private capacity; The Monterey COUNTY Superior Court, et al. in their nongovernmental capacities; the Monterey County Sheriff's department, et al- in their nongovernmental capacities.; The California legislature, et al.-in their nongovernmental capacities; doe's 1 through 2000, et al- each in their non-individual capacities<br><br>Defendant(s) | Federal Court Civil Case Number:<br><br>__17 CV 3350__ (EJD)<br><br>Clarification addendum<br><br>HAVING PETITIONED FOR RECONSIDER AND FOR STAY PENDING DETERMINATION AND FINAL JUDGMENT ORDER, and the court having rush to judgment in previous instances refusing to respond WE FILE THIS OUR NOTICE OF APPEAL. |

TO THE CLERK OF THE ABOVE ENTITLED COURT: PLEASE TAKE NOTICE THAT Eeon and Concetta McBride, are natural individuals standing sui juris in their Natural Capacities, et al; and all other occupants, individuals as well as non-individuals, et al., to be referred to and/or referenced as the petitioner's NOTICE OF APPEAL:

I.       The right to appeal

1. The District Court was given opportunity to correct its error made by one of its ministerial clerks/officers, it has chosen by evidence of the record to ignore the affidavits place this evidence on the record in violation of due process, the Constitution, and other laws.

the Cestui Que beneficial owner of the equitable trust, We deny infancy, am of the age of majority, managing and maintaining my own affairs, competent and aware of this my standing, and not a member of the craft, do not participate in the belief in a so-called temple legends, and not a member of the kingdom of Cain, not a descendent and/or follower of Tubal-cain, Lamach, Nimrod, Samiel, the brotherhood of the Rose-Cross! And although We have knowledge of the Genie of Fire, The Ancestry of the Legend, the So-Called Two Elohim, Tubalcain Cipher, the Race of Cain, the Hosts of Mars, the Resacration-Creation Story, the Lion's Pillars of Knowledge, the Seven Sciences, Amaru-Land of the Plumed Serpent, the Temple Legend, Hiram Abiv [Abiff], We do not profess to propagate such non-Gnostic, highly improbable, fictional storytelling.

1

We further state for the record that any code applicable to the drivers of vehicles upon the highways that apply to the drivers of all vehicles while engaged in the course of employment any State, or any political subdivision thereof, or any municipal corporation, or any district, including authorized emergency vehicles subject to those exemptions granted such authorized emergency vehicles in any code and or a certificate of ownership or a certificate of registration of any motor vehicle or any renewal thereof has never amounted to willful consent on my part, behalf, interest, and We withdraw any implied quasi-consent and or otherwise; having knowledge that A "commercial vehicle" is a motor vehicle of a type required to be registered under this code used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property.

(b) Passenger vehicles and house cars that are not used for the transportation of persons for hire, compensation, or profit are not commercial vehicles. As such We do not consent to The acceptance or retention by a resident of this state of a driver's license issued pursuant to the provisions of this code, being construed as consent of and/or by my person that service of process made upon myself and/or my interest and/or any of my representatives within or without this state, whether or not We are a resident of any state, in any action brought in the courts of any state out of the ownership or operation of the vehicle upon a cause of action arising in any state.

We forever perpetually as well as retroactively withdraw any and all consent implied or otherwise associated with any of the tax and revenue codes, issuance of any license and or permit, associated with any benefit and/or privilege as We are non-taxpayers, not of the minority and disaffirm any and all contracts made during infancy:

    a. 7 Cal.App.2d 395, 46 P.2d 234
       JOHN J. O'NEIL, Appellant, v. DEPARTMENT OF PROFESSIONAL AND VOCATIONAL
       STANDARDS et al, Respondents. Civ. No. 10276. District Court of Appeal, Second District,
       Division 2, California. June 5, 1935.

2. The District Court has elected to extort fees from the petitioners the same as the Monterey County officials have resorted to extorting fees from citizens of United States of America in violation of the Double Jeopardy Clause, due process, and other tax and revenue laws.

3. The District Court has somehow presumed that access to the court is a privilege and not a right, and that an individual may only remove a case when they deem it appropriate.

4. Since the district court had original jurisdiction in this matter as we brought to this body's attention Deutsche Bank is a Delaware Corporation, which constitutes diversity jurisdiction. That the value of the claim made by DEUTSCHE BANK was greater than $75,000; and that the original matter involved the mortgage, and they were suing for possession of a property involving a deed of trust of an amount of greater than $1.4 million of which they are still claiming is now payable in due, making this a matter movable to the federal District Court.

5. That the matter involved a countersuit and counter demand, and that the matter removed to the District Court was converted or amended to a civil suit. Explain to the District Court that removal to the District Court created a new venue, and any jurisdiction, permitting one

to amend the complaint, as there is no provision in statute or rules of court prohibiting one from doing this, and since the District Court had no discretion in this matter of amending the complaint, and because the District Court's decision did not consider the right to amend complaint, it is construed that they are saying one does not have the right to do such in violation of law, abuse of discretion, and we objected and continue to object.

6. The District Court was told that it was a commercial business engaging venue and not part of the judicial branch, the District Court interfere with our right to petition the judicial branch of government, and continues to block that access and we object.

7. We have not received the final judgment we demanded from the District Court, we have not received a response from the District Court in our communication for clarification of its stance, and of its orders, and as such we do hereby place this are notice of appeal on the record, and evidence the record by and this affidavit.

II.     **Request FOR STAY PENDING Outcome**

8. We humbly request the stay, Temporary Restraining Order, injunction against any transference of this property and or possession of this property until this matter has been resolved on appeal.

9. This matter involves real property, that is valued at greater than $1.4 million, and we have attached to this matter proof that this property has already been paid in full and that the respondents have no claim, and we do hereby attach to this notice of appeal for review by the appeal court since the District Court refused to view the evidence.

10. If this matter is not stayed with regards to the transference and or Reconveyance of our property it will result in irreparable harm which would not be in the interest of the public or any interest of justice.



*Exhibit demonstrating tender of payment as required by statute and obligation, a matter of record*

shall not be exercised by Lender if such exercise is prohibited by Applicable Law.  Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption.  Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument.  Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration.  The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument.  If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)          _____ (Seal)
CONCETTA MCBRIDE                  -Borrower                                          -Borrower

_____ (Seal)          _____ (Seal)
                                  -Borrower                                          -Borrower

_____ (Seal)          _____ (Seal)
                                  -Borrower                                          -Borrower

_____ (Seal)          _____ (Seal)
                                  -Borrower                                          -Borrower

PayOption ARM Note - MTA Index
FE-5312 (0511)                               Page 5 of 5

PAY TO THE ORDER OF
WITHOUT RECOURSE   RESIDENTIAL FUNDING COMPANY, LLC
SCME MORTGAGE BANKERS, INC.
A CALIFORNIA CORPORATION

HEIDI KOHLSAAT
LOAN CLOSER / FUNDER

PAY TO THE ORDER OF
Deutsche Bank Trust Company Americas as Trustee
WITHOUT RECOURSE
Residential Funding Company, LLC

BY _____
Judy Faber, Vice President

5

Fees and payment authorization approval form, we do hereby give authorization for the collection of fees for services rendered in accords with the 14th amendment section 4 of the United States Constitution. These fees are to be drawn from the trust account of the petitioners to cover the costs of this instant matter.

**Authorization Form Approved**

SOCIAL SECURITY ADMINISTRATION                                        OMB No. 0960-0719

### APPLICATION TO COLLECT A FEE FOR PAYEE SERVICES

We, as representative of the organization named below, request authorization from the Social Security Administration to collect a fee for providing payee services in accordance with section 205(j)(4)(A) of the Social Security Act. (42 USC 405 (j)(4)(A))
I understand that I must provide the following documents along with this application:

- Proof of tax exempt status under Sec. 501 (c) of the Intimal Revenue Code (if applicable).
- Our organization's mission statement.
- A list of current beneficiaries being served (if applicable) including name, address and SSN
- Proof of State License (if applicable).
- Proof of Bond/ Insurance (if applicable).

| 1.) Name of Organization | 2.) EIN |
|---|---|

3.) Type of Organization          __   Community based, non-profit social service agency
                                  __   State/Local Government Agency

4.) Address

| 5.) City, state, Zip code | Phone Number<br>(    ) |
|---|---|

6.) Licensed          No          (Circle One)

If YES, Licensor name and type of license: _____   Exp. Date: _____

Licensor Address _____   Phone Number (     )          -

7.) Bonded/Insured          Yes          No          (Circle One)

If YES, Bond/Insurance Co. name _____
**Address:** _____          Phone Number (   )          -

Bond/Policy Type _____          Exp. Date _____
Amount          _____          Serial/Policy # _____

8.) Does the bond/ policy coverage include claims against all officers and employees for theft?

9.) Is your organization currently charging a fee for providing payee services?          Yes          No          (circle one)

10.) Does your organization receive or collect money from other sources for representative payee services?          Yes          No          (circle one)          If yes, list amount and areas served by zip code

11.) Does your organization serve as representative payee in multiple areas?  Yes   No   (circle one)
     If yes, list all the locations  (branches) including mailing address and contact information

6

12.) Do you serve any beneficiaries who owe you money now, or will owe you in the future? Yes No (Circle One) If YES, please describe the amount and reason for the debt:

_____

_____

## PLEASE READ THE FOLLOWING INFORMATION CAREFULLY BEFORE SIGNING THIS FORM

I understand the information furnished in this form is subject to verification by the Social Security Administration (SSA) at the time of initial application and during subsequent recertification's as a fee for-service organizational payee.

I understand I may not collect a fee for payee services unless and until I have received written authorization to do so by SSA If granted authorization, I agree not to collect a tee higher than the amount authorized by SSA.

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms and that the information is true and correct to the best of my knowledge. I understand that if I knowingly and willfully make a false, fictitious, or fraudulent statement or representation on this form, or cause someone else to do so, I may be fined and/or imprisoned (18 U.S.C. 1001).

Signature: _____    Date: _____

Print Your Name & Title: _____    Phone _____

Signature of Director/CEO (if different than above): _____

Print Your Name & Title: _____    Phone _____

Signature of SSA Official: _____    Title: _____

DO Code: _____    Date: _____

---

11 US Code § 345 - Money of estates Current through Pub. L. 114-38. (See Public Laws for the current Congress.)

(a)    A trustee in a case under this title may make such deposit or investment of the money of the estate for which such trustee serves as will yield the maximum reasonable net return on such money, taking into account the safety of such deposit or investment.

(b)    Except with respect to a deposit or investment that is insured or guaranteed by the United States or by a department, agency, or instrumentality of the United States or backed by the full faith and credit of the United States, the trustee shall require from an entity with which such money is deposited or invested—
(1) a bond— (A) in favor of the United States; (B) secured by the undertaking of a corporate surety approved by the United States trustee for the district in which the case is pending; and (C) conditioned on— (i) a proper accounting for all money so deposited or invested and for any return on such money; (ii) prompt repayment of such money and return; and (iii) faithful performance of duties as a depository; or (2) the deposit of securities of the kind specified in section 9303 of title 31; unless the court for cause orders otherwise. (c) An entity with which such moneys are deposited or invested is authorized to deposit or invest such moneys as may be required under this section. (Pub. L. 95–598, Nov. 6, 1978, 92 Stat. 2565; Pub. L. 97–258, § 3(c), Sept. 13, 1982, 96 Stat. 1064; Pub. L. 98–353, title III, § 437, July 10, 1984, 98 Stat. 370; Pub. L. 99–554, title II, § 214, Oct. 27, 1986, 100 Stat. 3099; Pub. L. 103–394, title II, § 210, Oct. 22, 1994, 108 Stat. 4125.)

**Privacy Act:** The Social Security Administration is authorized to request the information on this form under sections 205(j)(4) and 1631 (a)(2) as amended, authorizes us to collect this information. The information needed to permit consideration as to your eligibility to serve as a Fee for Service representative payee. The information you furnish on this form is voluntary. However, failure to provide all or part of the information may result in nonpayment for your services.

We rarely use the information you supply for any purpose other than for making a determination regarding your eligibility to serve as a Fee for Service Representative Payee. However, we may use it for the administration and integrity of the Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, which include but not limited to: (1) to enable a third party or an agency to assist Social Security in establishing rights to Social Security benefits and /or coverage; (2) to comply with Federal laws requiring the release of information from Social Security records (e.g to the Government Accountability Office and Department of Veteran Affairs);(3) to make determinations for eligibility in similar health and income maintenance programs at the Federal State and local level; and (4) to facilitate statistical research, audit or investigative activities necessary to assure the integrity of Social Security programs.

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local governmental agencies. Information from these matching programs can be used to establish or verify a person's eligibility for Federally-funded and administered benefit programs and for repayment of payments or delinquent debts under these programs
A complete list of routine uses for this information is available in System of Record Notice 60-0222. This notice, additional information regarding this form and information regarding our programs and systems are available on-line at www.socialsecurity.gov or at your local Social Security Office.

**Paperwork Reduction Act Statement:** This information collection meets the requirements of 44 U.S-C. S 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send comments relating to our time estimate to this address, not the completed form.

SSA-445 (07-2006)    Page 2

The afformentioned is based on firsthand knowledge, certified, declared, as well is attested as accurate under penalty of the Constitution of the United States of America and the Constitution for the state and Republic" of California if otherwise on this August 15, 2017 so help us God" ' ".

By: S/: Eeon

By: S/: Mcbride



Ms Concetta McBride
17621 Rainier Dr
Santa Ana, CA  92705

U S Federal Court of the United States
280 1st St
San Jose, Ca      95113

9511333002 C060

95113-900299