| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | OCT 11 2017 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DEUTSCHE BANK TRUST COMPANY AMERICAS, As Trustee for Residential Accredit Loans, Inc., Pass Through Certificates 2007-QH8,

        Plaintiff-Appellee,

 v.

CONCETTA McBRIDE and GREGORY S. McBRIDE,

        Defendants-Appellants,

 and

EEON,

        Defendant.

No.  17-16785

D.C. No. 5:17-cv-03350-EJD
Northern District of California,
San Jose

ORDER

Before: GOULD, TALLMAN, and WATFORD, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not reviewable. *See* 28 U.S.C. § 1447(d); *Kunzi v. Pan Am. World Airways, Inc.*, 833 F.2d 1291, 1293 (9th Cir. 1987) (order remanding a removed action to state court for lack of subject matter jurisdiction is not reviewable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

DA/Pro Se