| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 21 2018 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DEUTSCHE BANK TRUST COMPANY AMERICAS, As Trustee for Residential Accredit Loans, Inc., Pass Through Certificates 2007-QH8,

        Plaintiff-Appellee,

 v.

CONCETTA McBRIDE and GREGORY S. McBRIDE,

        Defendants-Appellants,

 and

EEON,

        Defendant.

No. 17-16785

D.C. No. 5:17-cv-03350-EJD
Northern District of California,
San Jose

ORDER

Before: GOULD, TALLMAN, and WATFORD, Circuit Judges.

    The late motion for reconsideration is denied (Docket Entry No. 7). *See* 9th Cir. R. 27-10.

    All other pending motions are denied as moot.

    No further filings will be entertained in this closed case.

DA/Pro Se